# EXHIBIT L

THE HIPAA JOURNAL

Become HIPAA Compliant » HIPAA News » HIPAA Comp

Latest HIPAA Updates » HIPAA Training » About Us »

# Credential Stuffing Attack Exposed United HealthCare Member Data

Posted By Steve Alder on May 2, 2023

United HealthCare (UHC) has started notifying certain members that some of their protected health information may have been disclosed to unauthorized individuals as a result of credential stuffing attacks on the UHC mobile application. Credential stuffing is a type of attack where username and password combinations obtained in a breach at one platform are used to access accounts on an unrelated platform. These attacks can only succeed if usernames and passwords have been reused on multiple platforms.

The accounts subjected to unauthorized access included information such as names, birthdates, addresses, health insurance member ID numbers, service dates, provider names, claim details, and group names and numbers. No Social Security numbers, financial information, or driver's license numbers were exposed.

The attacks occurred between February 19 and February 25, 2023. UHC took its portal offline immediately when the attacks were detected to prevent further unauthorized access and a password reset was performed. The investigation found no evidence to suggest the credentials had been obtained in a cyberattack on UHC systems. Affected individuals have been offered complimentary credit protection services for 2 years.

United Healthcare Services, Inc. Single Affiliated Covered Entity has reported four data breaches to the HHS' Office for Civil Rights so far this year. Two breaches were reported on May 5 – a hacking incident affecting 26,561 individuals and an unauthorized access and disclosure incident affecting 1,971 individuals. On May 12, 2023, an unauthorized access and disclosure incident was reported that affected 1,116 individuals, and on July 28, a hacking incident was reported that has affected up to 398,319 individuals.

Get The FREE
HIPAA Compliance
Checklist

Immediate Delivery of Checklist
Link To Your Email Address

Work Email *

Get Th
HI
Comp
Che
Immediate
Checklist
Email
Work Emai
Get Fr
Please Ente
Ad
Your Priva
HIPAA Journ

Get Th
HI
Comp
Che
Immediate
Checklist
Email
Work Emai
Get Fr

Get Free Checklist

Please Enter Correct Email Address

Your Privacy Respected
HIPAA Journal Privacy Policy

Please Enter
Ad

Your Priva
HIPAA Journ




## Ethan Health Reports Email Account Breach

Ethan Health, a Richmond, KY-based medical laboratory, has recently confirmed that the protected health information of 4,047 individuals was contained in employee email accounts that were accessed by unauthorized individuals. Suspicious activity was detected within its email environment on August 31, 2022. The forensic investigation confirmed the accounts were accessed between May 5, 2022, and September 8, 2022. It took 7 months to investigate and complete the review of the contents of the accounts. That process was completed on March 9, 2023.

The information in the accounts varied from individual to individual and may have included names, dates of birth, driver's license numbers, financial account information, credit or debit card information, medical information, and health insurance information. Affected individuals have been offered complimentary credit monitoring services for 24 months. Additional security measures have been implemented to prevent similar incidents in the future.

## McLaren Greater Lansing Hospital Left Records 'Unprotected' in Decommissioned Hospital

McLaren Greater Lansing Hospital in Michigan has been accused of leaving boxes of confidential medical records in a decommissioned hospital, where the records could potentially be accessed by unauthorized individuals. The records were discovered by an individual who attended a preview of the campus on April 19, 2023, ahead of an auction. The man who found the records said the files included sensitive information such as names, addresses, phone numbers, and medical information. It is currently unclear how many individuals have had their data exposed.

McLaren Greater Lansing Hospital said the records were destined to be securely destroyed and were accessed before that process could take place. An investigation has been launched to determine how the whistleblower managed to gain access to the records and the hospital has confirmed that it is reverifying that all documents awaiting destruction are locked away to prevent unauthorized access.

**Author:** Steve Alder is the editor-in-chief of HIPAA Journal. Steve is responsible for editorial policy regarding the topics covered in The HIPAA Journal. He is a specialist on healthcare industry legal and regulatory affairs, and has 10 years of experience writing about HIPAA and other related legal topics. Steve has developed a deep understanding of regulatory issues surrounding the use of information technology in the healthcare industry and has written hundreds of articles on HIPAA-related topics. Steve shapes the editorial policy of The HIPAA Journal, ensuring its comprehensive coverage of critical topics. Steve Alder is considered an authority in the healthcare industry on HIPAA. The HIPAA Journal has evolved into the leading independent authority on HIPAA under Steve's editorial leadership. Steve manages a team of writers and is responsible for the factual and legal accuracy of all content published on The HIPAA Journal. Steve holds a Bachelor's of Science degree from the University of Liverpool. You can connect with Steve via LinkedIn or email via stevealder(at)hipaajournal.com

### About HIPAA Journal

HIPAA Journal provides the most comprehensive coverage of HIPAA news anywhere online, in addition to independent advice about HIPAA compliance and the best practices to adopt to avoid data breaches, HIPAA violations and regulatory fines. HIPAA Journal's goal is to assist HIPA covered entities achieve and maintain compliance with state and federal regulations governing the use, storage and disclosure of PHI and PII.

### Most Read Posts

- Exploit Released for 'PrintNightmare' Zero-Day Windows Print Spooler RCE Vulnerability
- NIST Publishes Critical Software Definition for U.S. Agencies
- NIST Releases Draft Guidance for Ransomware Risk Management
- President Biden Signs Expansive Executive Order to Improve Cybersecurity for Federal Networks

### Free Weekly Newsletter

**Receive weekly HIPAA news directly via email**

HIPAA News
Regulatory Changes
Breach News
HITECH News
HIPAA Advice

Your email address

Free Subscription

Email Never Shared
Cancel Any Time

Privacy Policy

Get The FREE
**HIPAA Compliance Checklist**

Immediate Delivery of Checklist Link To Your Email Address

Work Email *

Get Free Checklist

Get The FREE
**HIPAA Compliance Checklist**

Immediate Delivery of Checklist Link To Your Email Address

Work Email *

Get Free Checklist

Newsletter Subscription

Advertise with The HIPAA Journal

Submit Press Releases Privacy Policy Terms and Conditions Site Map

Copyright © 2014-2024 The HIPAA Journal. All rights reserved.